PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN GALVAN, <br><br> Defendant. | Case No. 1:23-MJ-00093-BAM <br><br> STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Kara Ottervanger, counsel for Juan Galvan, that the Court may continue the preliminary hearing currently scheduled for September 7, 2023, at 2:00 p.m. to September 28, 2023, at 2:00 p.m. before the Honorable Stanley A. Boone.

Mr. Galvan's counsel requires additional time to consult with Mr. Galvan, review the charges and discovery, conduct further investigations, and prepare for the preliminary hearing.

Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through September 28, 2023, in the interests of justice, including the need for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Mr. Galvan to a speedy trial.

Dated:  September 1, 2023

    */s/ Kara Ottervanger*
KARA OTTERVANGER
Counsel for Juan Galvan

Dated:  September 1, 2023

    */s/ Chan Hee Chu*
CHAN HEE CHU
JOSEPH BARTON
Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JUAN GALVAN, Defendant. | Case No. 1:23-MJ-00093-BAM  ORDER |
|---|---|

**IT IS SO ORDERED** that the preliminary hearing is continued from September 7, 2023, to September 28, 2023, at 2 p.m. before Magistrate Judge Stanley A. Boone.  For good cause shown, time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, is excluded through September 28, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED.**

Dated:  9/5/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE